WILLIAM V. ELLIOTT, Public Administrator of Kings County, as Administrator of the Estate of THOMAS QUINN, Deceased, Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.—

Johnston, Adel and Lewis, JJ., concur; Close, P. J., and Carswell, J., concur as to dismissal of the appeal from the order but dissent as to affirmance of the judgment and vote to reverse and to grant a new trial on the ground that the record presents a question of fact for determination by the jury as to defendant's negligence and plaintiff's intestate's freedom from contributory negligence.

LILLIAN FROLICH et al., Respondents, v. A. I. NAMM & SON, Appellant.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.